UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON SAUL SILVA, | |
| Plaintiff, | Case No. C19-764-JCC |
| v. | REPORT AND RECOMMENDATION |
| TROY BACON, | |
| Defendant. | |

Plaintiff is currently confined at the King County Jail. The Court recommends the complaint be dismissed without prejudice because it is based upon the same claim contained in another complaint that plaintiff earlier filed and which is still pending. *See Silva v. Bacon, et al.,* C19-619-RAJ. Because the dismissal of the complaint herein is without prejudice, plaintiff will have the opportunity to amend the complaint pending before Judge Jones to include the specific allegation herein. If the Court adopts this recommendation, plaintiff's application to proceed in forma pauperis should be stricken as moot.

**DISCUSSION**

This is the second complaint plaintiff has filed alleging defendants at the King County Jail have violated his religious rights under the First Amendment, the Fourteenth Amendment and "RLUIPA," the Religious Land Use and Institutionalized Persons Act. The first complaint

REPORT AND RECOMMENDATION
PAGE - 1

was filed on April 25, 2019, and names King County Jail officers Troy Bacon, Garrett Ferreiro, Dale Porter and Todd Clarin as defendants. *See* C19-619-RAJ. In the complaint pending before the Honorable Richard A. Jones, plaintiff alleges he is a member of the "Keepers" religion and that he is a "Keeper of the Light." Plaintiff alleges defendants violated his right to practice his religion in various ways such as not permitting him to wear his "religious head covering." Plaintiff attached to the complaint an exhibit that outlines his religion and lists its many requirements such as the wearing of head coverings, not cutting one's hair, the use of scented oils, the "Keeper Diet," and the six yearly feasts in which all Keepers must participate. The sacred feasts must include music, dancing, the sacred ritual and have the following foods: "T-bone steaks, ribs, porkchops, salmon, corn on the cobb, baked beans, potato salad, deviled eggs, sweet desserts, candles of various sorts, fresh cow milk and sugar fruit juice."

The second complaint (the complaint herein) was filed on May 20, 2019. Like the first complaint, plaintiff again alleges his religious rights under the First Amendment, the Fourteenth Amendment and "RLUIPA have been violated. He names as defendant Troy Bacon and claims his rights have been violated because defendant has denied plaintiff the "Keeper Diet." The Keeper Diet requires all meals must be prepared and blessed by a Keeper. Foods containing gluten, gelatin, soy, and genetically modifications cannot be eaten. A Keeper must eat animal meat three meals a day and "on the bone." One of the three meat meals must be spiced with chili peppers. Fresh cold milk must be consumed at each meal. Music and sacred plants must be used at each meal.

The claim in the complaint filed herein thus arises out of the same claim alleged in plaintiff's first complaint which is pending before Judge Jones. The claim here like the claim in

REPORT AND RECOMMENDATION
PAGE - 2

the first complaint alleges defendant violated plaintiff's rights to practice his religion. Though the complaint here alleges denial of religious dietary requirements, the allegation does not alter the initial claim. Both complaints allege a violation of the right to practice the "Keepers" religion. This is thus not a situation in which plaintiff is alleging a completely unrelated claim such as the use of excessive force by an officer at the jail. Such a claim would be unrelated to the claim alleged in the first complaint that is pending before Judge Jones and would be thus appropriately brought via a separate action and complaint.

Thus given the acts plaintiff alleges herein arise from the same Constitutional and statutory violations alleged in plaintiff's first complaint, the instant action is duplicative and should be dismissed without prejudice. *See Adams v. California Department of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007) ("Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court against the same defendant.")

Plaintiff will not be prejudiced because he will be able to allege the acts asserted herein, in the complaint pending before Judge Jones, in case C19-619-RAJ. Plaintiff should understand that this will require him to amend the action before Judge Jones and to add the allegation that defendant Bacon has violated his religious dietary requirements. Accordingly, this Court recommends the instant action be dismissed without prejudice as duplicative of C19-619-RAJ and plaintiff's application to proceed *in forma pauperis* be denied as moot. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, must be filed with the Clerk by **June 5, 2019**. Failure to file objections within the specified time may affect your right to appeal.

REPORT AND RECOMMENDATION
PAGE - 3

1  The clerk shall note the matter for **June 7,** 2019, as ready for the District Judge's consideration.

2  The clerk shall provide plaintiff a copy of this report and recommendation.

3　　　　DATED this 22nd day of May 2019.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 4